# EXHIBIT B

EVIDENCE OF USE FOR U.S. PATENT NO. 11003878

Title: System for communication from a user to the publisher of a scannable label

Application No.: US16/803,112

Filing Date: 2020-02-27

Issue Date: 2021-05-11

**Accused Product/Standard:**

 Cash App

## What Is Cash App?



Cash App is a phone application that lets you send money directly to other users through your smartphone.

Source: https://www.makeuseof.com/is-cash-app-safe/

1



Source: https://www.youtube.com/watch?v=mDXo8NRmd6s

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| 19. A tangible, non-transitory, machine-readable medium having stored instructions thereon that when executed by one or more processors effectuate operations comprising: | The Cash App is a mobile payment service that allows users to transfer money to one another using a mobile phone app. The Cash app supports QR code scanning. After scanning a unique QR code of another user, a user scanning the QR code is redirected to a window, where the user can make money payments to another user. Mobile devices running Cash App have internal memories to store instructions, which are then executed by processors in the devices.<br><br><br><br>**What Is Cash App?**<br><br>Cash App is a phone application that lets you send money directly to other users through your smartphone.<br><br><br><br>Source: https://www.makeuseof.com/is-cash-app-safe/ |

| Evidence of Use Claim Language | Evidence of Infringement |
| --- | --- |
| | Source: https://www.youtube.com/watch?v=mDXo8NRmd6s |

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://play.google.com/store/apps/details?id=com.squareup.cash&hl=en&gl=US |

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| obtaining, with a two-dimensional code scanner of an application residing on a mobile device of a first user, a scanned image of a code symbol corresponding to a unique communication profile of a second user | The Cash App allows a first user to scan using a QR code scanner and obtain a scanned image of the QR code ("code symbol") of a second user. The scanned image of the code symbol corresponds to a unique communication profile of the second user.<br><br>**Cash App Pay**<br><br>Cash App Pay allows Cash App customers to pay merchants by scanning a simple QR code. Available for use with both In-Person and Online Merchants,<br><br>**How to pay Square Sellers or select third party merchants using the Cash App QR scanner**<br><br>1. Tap the Payments '$' tab on your Cash App to get to the home screen<br><br>2. Tap the QR Scanner on the top left corner of the screen<br><br>3. Scan the QR Code at the Square Sellers point of sale<br><br>4. Follow the Steps<br><br>Source: https://cash.app/help/us/en-us/6484-cash-app-pay |

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| |   Source: https://www.youtube.com/watch?v=mDXo8NRmd6s |

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| | **Scan to pay with Cash App** <br><br> Ejaz <br> $SabirLawGroup <br><br> Source: https://sabirlaw.com/payment1/cashapp/ |

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| extracting from the scanned image of the code symbol, using the application of the mobile device of the first user, a digital identification code of the second user in the form of digital data embedded in the code symbol | Using the scanned image of the QR code of the second user in the Cash App, the Cash app extracts a digital code in the form of digital data embedded in the QR code. The app reads the encoded data which includes the customer's account details. QR codes include standardized methods for high capacity encoding of data. Hence, the Cash App's use of QR codes complies with standard norms for extracting digital information from QR codes.<br><br><br><br>Source: https://www.youtube.com/watch?v=mDXo8NRmd6s |

9

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| | |

**Evidence of Infringement column content:**

# High Capacity Encoding of Data

While conventional bar codes are capable of storing a maximum of approximately 20 digits, QR Code is capable of handling several dozen to several hundred times more information.

QR Code is capable of handling all types of data, such as numeric and alphabetic characters, Kanji, Kana, Hiragana, symbols, binary, and control codes. Up to 7,089 characters can be encoded in one symbol.

abcdefghijklmnopqrstuvwxyz1234567890abcdefghij
klmnopqrstuvwxyz1234567890abcdefghijklmnopqrs
tuvwxyz1234567890abcdefghijklmnopqrstuvwxyz12
34567890abcdefghijklmnopqrstuvwxyz1234567890
abcdefghijklmnopqrstuvwxyz1234567890abcdefghij
klmnopqrstuvwxyz1234567890abcdefghijklmnopqrs
tuvwxyz1234567890abcdefghijklmnopqrstu

A QR Code symbol of this size can encode 300 alphanumeric characters.
Related pages: Standardization of the QR Code | Information capacity and versions of QR Code

Source: https://www.qrcode.com/en/about/

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| | QR code payments: How businesses can generate and use QR codes<br><br>## What is a QR code?<br><br>A QR code, or quick response code, is a type of barcode used in the digital transaction space to facilitate the rapid and seamless exchange of information. In the context of payments, QR codes can represent transactional information in a machine-readable form, which, when a customer scans it with their smartphone or other device, initiates a payment process without requiring the customer to input data manually. The encoded information can represent details such as the customer's account credentials, the transaction amount or other payment-specific information. This digital representation of transactional data helps streamline the payment process, reducing the time and effort required to complete a transaction – for businesses and customers.<br><br>## Data extraction<br><br>The scanner decodes the information embedded in the QR code and performs the designated action, such as opening a website, displaying text or initiating a payment transaction. |

11

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| | Typically, in the context of payments, the QR code encodes the customer's account details and, sometimes, the payment amount. When the customer scans the QR code with their banking or digital wallet application, the app reads the encoded data, fills in the payment details automatically and the customer needs only to confirm the transaction.<br><br>Source : https://stripe.com/resources/more/qr-code-payments |

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| establishing, using an application of the mobile device of the first user and the digital identification code of the second user, a secure two-way communication with the second user; and<br><br>Patent Specifications:<br>The consumer's local app (or if the consumer is also a publisher, the local app portion of his remote app) preferably includes a first means for enabling the consumer's interactive device to scan a digital image of the publisher's displayed QR code symbol, a second means for processing that digital image to recover the embedded unique identification code, and a third means for transmitting the recovered unique identification code and any relevant details of the consumer's profile to the secure remote server; *(Column 4, Lines 07-15)* | The Cash App allows establishment of two-way communication between users in the form of payment requests, payments, and notes to one another by using the user and account information associated with the Cash App profile of that user obtained from the extracted digital identification code of the user's code symbol. The Cash App platform facilitates secure encrypted transactions between the Cash App users, thus providing a secure two-way communication.<br><br>## 2. Asking a Friend To Send You Funds<br><br>*You can also ask another Cash App user preferably a friend to send you money on your cash app. Just share your **Cashtag** with the person and they can use it to send you the funds. If the other person is physically near you, this can also be done by scanning your QR code. The process to check your Cashtag and QR code is as follows:*<br><br>1. *Open your Cash App and tap on the **QR code** scan icon located at **top-left** of the screen.*<br>2. *This will open up a scanner and below it will be the option of **My Code**.*<br>3. ***Tapping** on it will reveal your accounts QR code and your **$Cashtag** written below your name.*<br>4. *If your friend is near you have them **scan your QR code** or if they are not present near you, **send them your Cashtag**.*<br>5. *Once they enter your $Cashtag or scan the QR code, they will then enter the amount and send it to you.*<br><br>Source: https://appuals.com/get-cash-app-barcode-to-load-money/ |

13

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| *Claim 10:* the digital identification code of the second user includes one or more of: information associated with a network address of the second user, information associated with the unique communication profile of the second user, or the contact information of the second user and wherein the secure server stores the digital identification code of the second user | **Sending and Receiving $**<br><br>You can quickly send and receive money with Cash App.<br><br>1. Tap the $ for the Cash App main screen<br>2. Enter the amount of cash you want to send or receive<br>3. Tap Request or Pay to search for a $cashtag, Phone number, or email address<br>4. Add a note (if you want)<br>5. Tap Request or Pay to complete the transaction<br><br>https://cash.app/help/us/en-us/6485-getting-started-with-cash-app |

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=mDXo8NRmd6s |

15

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://theafricanboss.com/plugins/cashapp/ |

16

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| | **Scan to pay with Cash App**<br><br><br><br>**Ejaz**<br>$SabirLawGroup<br><br>Source: https://sabirlaw.com/payment1/cashapp/ |

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| |  Source: https://www.alphr.com/cash-app-how-to-use/ |

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| |  Source: https://twitter.com/CashApp/status/1085235167684374529?lang=en |

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| | ## High Capacity Encoding of Data<br><br>While conventional bar codes are capable of storing a maximum of approximately 20 digits, QR Code is capable of handling several dozen to several hundred times more information.<br><br>QR Code is capable of handling all types of data, such as numeric and alphabetic characters, Kanji, Kana, Hiragana, symbols, binary, and control codes. Up to 7,089 characters can be encoded in one symbol.<br><br>abcdefghijklmnopqrstuvwxyz1234567890abcdefghij klmnopqrstuvwxyz1234567890abcdefghijklmnopqrs tuvwxyz1234567890abcdefghijklmnopqrstuvwxyz12 34567890abcdefghijklmnopqrstuvwxyz1234567890 abcdefghijklmnopqrstuvwxyz1234567890abcdefghij klmnopqrstuvwxyz1234567890abcdefghijklmnopqrs tuvwxyz1234567890abcdefghijklmnopqrstu<br><br>A QR Code symbol of this size can encode 300 alphanumeric characters.<br>Related pages: Standardization of the QR Code \| Information capacity and versions of QR Code<br><br>Source: https://www.qrcode.com/en/about/ |

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
|  | ## ⬓ Recap: Can You Trust Cash App?<br><br>Overall, we can say that Cash App is a trustworthy company. It runs a legitimate payment processing business, it has a secure transaction structure, and with the exception of the recent security breach, Cash App has a solid track record. As long as you do your part in securing your account, staying away from scams, and protecting your personal information, you should not have to worry when using Cash App.<br><br>Source: https://www.security.org/digital-safety/is-cash-app-safe/<br><br>## Cash App Payment Verification<br><br>• Enable the Security Lock setting so that every Cash App payment requires your passcode, Touch ID, or Face ID.<br><br>• Enable notification via text message or email so that you are notified after every Cash payment. You can adjust these settings in the profile section of your Cash App.<br><br>Source: https://cash.app/help/in/en-us/3127-keeping-your-cash-app-secure |

21

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| | **How does Cash App keep my account safe?**<br><br>Cash App uses cutting-edge encryption and fraud detection technology to make sure your data and money is secure.<br><br>Any information you submit is encrypted and sent to our servers securely, regardless of whether you're using a public or private Wi-Fi connection or data service (3G, 4G, or EDGE).<br><br>Cash App uses the same fraud detection infrastructure and safety standards that monitor millions of daily Square Point of Sale transactions.<br><br>Cash is also PCI Data Security Standard (PCI-DSS) Level 1 compliant. Learn more about security at Square.<br><br>Source: https://cash.app/help/in/en-us/3127-keeping-your-cash-app-secure |

22

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| | ## Security at Square

To protect Square account holders and their customers, all information our customers submit is encrypted to our servers, regardless of whether you're using a public or private WiFi connection or a data service on your phone (such as 3G, 4G or EDGE). Square complies with all required PCI standards. As per our Terms, Security Policy and Privacy Policy, we will never sell information to third party vendors.

Square protects its systems with industry-leading technology and security controls, including:

- Square performs data encryption within the card reader at the moment of swipe.

- Square's software is developed using industry-standard security best practices.

- Square's servers are monitored around the clock by dedicated security staff.

- Square's employees act in accordance with security policies designed to keep your data safe.

Source: https://squareup.com/help/us/en/article/3796-privacy-and-security |

23

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| receiving, via the application of the mobile device of the first user, contact information of the second user and providing an option for the first user to store, via the application of the mobile device of the first user, the contact information of the second user, wherein the contact information of the second user includes information associated with the unique profile of the second user;<br><br>*Claim 2:*<br>*The method of claim 1, wherein the application of the mobile device of the first user displays a stored table of information associated with one or more user profiles, wherein the one or more user profiles includes the profile of the second user.* | The Cash App stores the payment details of transactions between the users and also shows the profile associated with that user. Cash App can display a list of user profiles showing transactions. The list includes profile associated with the users whose QR codes were used to make payment, including those users' Cashtags. The Cashtag is an example of contact information that is associated with a user's unique profile. For example, when a user makes payment using a QR code, a unique profile (e.g., the unique ID or name) gets stored.<br><br><br><br>Source: https://theafricanboss.com/plugins/cashapp/ |

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| |  Source: https://www.alphr.com/cash-app-how-to-use/ |

25

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| | **View Cash App account activity**<br><br>You can view all of your Cash App payment activity in-app or online. Any funds you've received to or sent from your account – peer-to-peer, Cash Card, savings, bitcoin, transfers – will appear in your activity.<br><br>**To view your transaction history in-app:**<br><br>1. Tap the clock icon in the bottom right corner of your Cash App home screen to open your Activity tab<br>2. Scroll down to see your account transaction history<br>3. Tap a payment for specific payment details<br><br>Source: https://cash.app/help/us/en-us/6540-view-activity |

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| | **Where Is Activity Tab On Cash App**<br><br>*Short answer:* The activity tab is present on the extreme bottom right corner of the Cash App home screen, it looks like a clock icon and shows all your transactional history and pending payments.<br><br>Source: https://unitopten.com/banking-activity-tab-cash-app/ |

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=COX-yQTi5sA |

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| wherein establishing the secure two-way communication with the second user comprises using a secure server; and | The Cash App uses security measures to protect personal information. The Cash app provides secure payments between users. Thus, establishing the secure two-way communication with the second user comprises using a secure server (i.e., the Cash App server). <br><br> ## 2. Asking a Friend To Send You Funds <br><br> You can also ask another Cash App user preferably a friend to send you money on your cash app. Just share your **Cashtag** with the person and they can use it to send you the funds. If the other person is physically near you, this can also be done by scanning your QR code. The process to check your Cashtag and QR code is as follows: <br><br> 1. Open your Cash App and tap on the **QR code** scan icon located at **top-left** of the screen. <br> 2. This will open up a scanner and below it will be the option of **My Code**. <br> 3. **Tapping** on it will reveal your accounts QR code and your **$Cashtag** written below your name. <br> 4. If your friend is near you have them **scan your QR code** or if they are not present near you, **send them your Cashtag.** <br> 5. Once they enter your $Cashtag or scan the QR code, they will then enter the amount and send it to you. <br><br> Source: https://appuals.com/get-cash-app-barcode-to-load-money/ |

29

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| | ## Cash App Security<br><br>Cash App is PCI Data Security Standard (PCI-DSS) Level 1 compliant. Your payment information is encrypted and sent securely to our servers whether you're using public or private Wi-Fi or a data service such as 3G, 4G and EDGE.<br><br>Learn more about our security practices: cash.app/security<br>Source: https://cash.app/help/us/en-us/5144-cash-app-security<br><br>## How does Cash App keep my account safe?<br><br>Cash App uses cutting-edge encryption and fraud detection technology to make sure your data and money is secure.<br><br>Any information you submit is encrypted and sent to our servers securely, regardless of whether you're using a public or private Wi-Fi connection or data service (3G, 4G, or EDGE).<br><br>Cash App uses the same fraud detection infrastructure and safety standards that monitor millions of daily Square Point of Sale transactions.<br><br>Cash is also PCI Data Security Standard (PCI-DSS) Level 1 compliant. Learn more about security at Square. |

30

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| | Source: https://cash.app/help/in/en-us/3127-keeping-your-cash-app-secure<br><br>## Security at Square<br><br>To protect Square account holders and their customers, all information our customers submit is encrypted to our servers, regardless of whether you're using a public or private WiFi connection or a data service on your phone (such as 3G, 4G or EDGE). Square complies with all required PCI standards. As per our Terms, Security Policy and Privacy Policy, we will never sell information to third party vendors.<br><br>Square protects its systems with industry-leading technology and security controls, including:<br><br>• Square performs data encryption within the card reader at the moment of swipe.<br><br>• Square's software is developed using industry-standard security best practices.<br><br>• Square's servers are monitored around the clock by dedicated security staff.<br><br>• Square's employees act in accordance with security policies designed to keep your data safe.<br><br>Source: https://squareup.com/help/us/en/article/3796-privacy-and-security |

31

| Evidence of Use Claim Language | Evidence of Infringement |
|---|---|
| wherein the secure server is configured to enable private communication. | The Cash App ensures the "privacy" protection of users. The Cash App payments are encrypted, and transactions are private. Thus, a secure server is configured to enable private communication. <br><br> **Your privacy stays private** <br><br> You control what information you share with other Cash App customers and who can request money from you. <br><br> Source: https://cash.app/security <br><br> **Cash App FAQ** <br><br> **Is Cash App safe and legitimate?** <br><br> Cash App is a legitimate P2P payment service. Users receive a secure one-time use code to enter along with their login credentials. Cash App payments are encrypted, and transactions are private. <br><br> Source: https://money.com/what-is-cash-app/ <br><br> **Cash App Security** <br><br> Cash App is PCI Data Security Standard (PCI-DSS) Level 1 compliant. Your payment information is encrypted and sent securely to our servers whether you're using public or private Wi-Fi or a data service such as 3G, 4G and EDGE. <br><br> Learn more about our security practices: cash.app/security <br><br> Source: https://cash.app/help/us/en-us/5144-cash-app-security |